# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Danny Eugene Ivie,        * From the 42nd District
                Court of Taylor County,
                Trial Court No. 24059A.

Vs. No. 11-11-00122-CR       * April 18, 2013

The State of Texas,         * Opinion by Willson, J.
                (Panel consists of: Wright, C.J.,
                McCall, J., and Willson, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.